UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CAROLYN MORR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:08CV359 RWS |
| | ) |
| STATE OF MISSOURI | ) |
| DEPARTMENT OF | ) |
| MENTAL HEALTH, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Having reviewed plaintiff's response to the Order to Show Cause,

**IT IS HEREBY ORDERED** that defendants' second motion to compel [#9] is denied as moot, and the Order to Show Cause is deemed satisfied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 1st day of August, 2008.