UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CAROLYN MORR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:08CV359 RWS |
| | ) |
| STATE OF MISSOURI DEP'T OF | ) |
| MENTAL HEALTH, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion to strike defendants' motion for summary judgment because defendants' memorandum in support of summary judgment exceeds fifteen pages. Plaintiff waited the full thirty days permitted by the case management order to respond to summary judgment motions to file this motion and did not file an opposition to summary judgment. Plaintiff's motion requests twenty days to respond to summary judgment in the event the motion to strike is denied. The motion to strike will be denied, and I will not grant plaintiff an additional twenty days to respond to summary judgment. Plaintiff's opposition to summary judgment remains overdue, and I will rule on defendants' motion for summary judgment as unopposed if plaintiff does not file her opposition by February 25, 2009.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to strike [#15] is denied.

**IT IS FURTHER ORDERED** that **plaintiff shall file her opposition to summary judgment by February 25, 2009, or I will rule on defendants' motion for summary judgment as unopposed.  No further extensions of time will be granted.**

                                              RODNEY W. SIPPEL
                                              UNITED STATES DISTRICT JUDGE

Dated this 18th day of February, 2009.